**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

VS.  CASE NO: 2:11-CR-83-FtM-29SPC

**PETER HESSER**

---

**ORDER**

This matter comes before the Court on Motion to Determine Counsel (Doc. #46) filed on April 30, 2012. The Government moves the Court to determine who the Counsel of record is for the Defendant. At the status conference before the Honorable John Steele on April 9, 2012, attorney Tommy Cryer was allowed to withdraw due to health reasons. At that time, Attorney Cryer advised the Court that Lowell Beacraft would be handling this matter for the Defendant. Lowell H. Becraft, Jr., of the law office of Lowell H. Becraft, 403-C Andrew Jackson Way, Huntsville, AL 35801, filed a Motion to Appear Pro Hac Vice which was granted on May 7, 2012. The Court gave Attorney Becraft up to May 18, 2012, to secure local Counsel in accordance with Local Rule 2.02. To date, Attorney Becraft has not noticed the Court as to the status of local counsel. However, he is listed as counsel of record. The Court will allow a short period of time for Attorney Becraft to advise as to the status of local counsel.

Accordingly, it is

**ORDERED:**

The Motion to Determine Counsel (Doc. #46) is **DENIED without prejudcie**. Counsel of record is Lowell Becraft, Esq., having been allowed to appear *pro hac* vice. Attorney Becraft **SHALL** secure local Counsel in this matter no later than close of business on **May 23, 2012**. Failure to do so may result in the denial of *pro hac* vice status. The Clerk is directed to terminate Attorney Tommy Cryer from future notification in the CM/ECF filing system as he no longer represents the Defendant.

**DONE AND ORDERED** at Fort Myers, Florida, this 20th Day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record